**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GENNARO JR. SERVILLO,

                Plaintiff,                21 **CIVIL** 7268 (NSR)(PED)

     -v-                              **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 27, 2022, that this action be, and hereby is, reserved and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings. On remand, the Appeals Council will offer Plaintiff the opportunity for a new hearing.

**Dated:** New York, New York
          September 28, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                       **BY:**      *K. Mango*
                                                  **Deputy Clerk**